UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZO MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>   Defendant. | 1:15-cv-00281-DLB-(PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceeding in forma pauperis, but the form application lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately

1

preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **February 26, 2015**          /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE