1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LORENZO MARTINEZ,                  Case No. 1:15-cv-00281-DLB PC

12              Plaintiff,                       ORDER REGARDING
                                                 PLAINTIFF'S LETTER
13        v.
                                                 (Document 6)
14   ARNOLD SCHWARZENEGGER, et al.,

15              Defendants.

16

17      Plaintiff Richard Lorenzo Martinez ("Plaintiff") is a California state prisoner proceeding pro

18   se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 23, 2015.

19   On February 26, 2015, the Court ordered Plaintiff to submit an application to proceed in forma

20   pauperis on the correct form, or pay the filing fee, within 45 days.

21      On March 13, 2015, the Court received a letter from Plaintiff inquiring as to whether he

22   needed to pay the filing fee for this action. He states that this is the same complaint that was filed in

23   1:14-cv-01393-LJO-SAB, for which he is already paying the filing fee.

24      Plaintiff's prior action was dismissed on January 7, 2015, for failure to exhaust his

25   administrative remedies. It appears that Plaintiff filed this action after he fully exhausted.

26   ///
27   ///
28   ///

    Plaintiff is informed that there are no exceptions to paying the filing fee, even where a prior action was dismissed as unexhausted. Plaintiff SHALL comply with the February 26, 2015, order within the required time frame.

IT IS SO ORDERED.

    Dated: **March 16, 2015**           /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE