# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZO MARTINEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants. | Case No. 1:15-cv-00281-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　Plaintiff Richard Lorenzo Martinez ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 23, 2015. On February 26, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis on the correct form, or pay the filing fee, within forty-five (45) days.

　　　Over forty-five (45) days have passed and Plaintiff has not complied with the order.[1]

　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order.  Plaintiff must file a response within twenty-one (21) days of the date of service of this order.  Plaintiff may also comply by filing an application to proceed in forma pauperis or paying the filing fee, as required by the February 26, 2015, order.

---

[1] On March 13, 2015, Plaintiff sent a letter to the Court questioning the filing fee.  In a March 16, 2015, order, the Court informed Plaintiff that the filing fee was required and that he had to comply with the February 26, 2015, within the time-frame provided.

1

**Failure to respond to this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 21, 2015**                              /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE

2