# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZO MARTINEZ, | Case No. 1:15-cv-00281-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO FOLLOW COURT ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff Richard Lorenzo Martinez ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 23, 2015. On February 26, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis on the correct form, or pay the filing fee, within forty-five (45) days.

On April 21, 2015, after the time for complying with the order had passed, the Court issued an order to show cause why the action should not be dismissed for failure to follow a Court order. Plaintiff was ordered to file a response, or comply with the February 26, 2015, order, within twenty-one (21) days. Over twenty-one (21) days have passed and Plaintiff has not filed a response or otherwise communicated with the Court.[1] Plaintiff was warned that dismissal would occur if he failed to obey the order.

---

[1] On March 13, 2015, Plaintiff sent a letter to the Court questioning the filing fee. In a March 16, 2015, order, the Court informed Plaintiff that the filing fee was required and that he had to comply with the February 26, 2015, within the time-frame provided.

1

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate.  <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS that this action be DISMISSED, WITHOUT PREJUDICE, for  Plaintiff's failure to follow a Court order, and failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **May 29, 2015**          /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE

2